United States District Court
for the District of New Jersey

_____
NOREEN CANAVAN                              :
                                            :
                                            :   Civil No. 08-1029
           Plaintiff                        :
                                            :
    v.                                      :
                                            :
                                            :   Order of Reassignment
EQUITY SOURCE HOME LOANS, LLC               :
                                            :
           Defendant                        :
_____         :

It is on this 3rd day of June 2008,

O R D E R E D that the entitled action is reassigned

from Judge Peter G. Sheridan to Judge Stanley R. Chesler.


                                  S/Garrett E. Brown, Jr.
                                Garrett E. Brown, Jr., Chief Judge
                                United States District Court